```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
               :
NADEHZDA BUSTILLOS, *et al.*,     :
               :
          Plaintiffs,  :     1:25-cv-3556-GHW
               :
     -against-   :
               :     <u>ORDER</u>
GBOLAGADE BABALOLA, D.O., *et al.*, :
               :
          Defendants. :
               :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of Bronx, on April 29, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 13, 2025. Additionally, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff and to retain proof of service.

       SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                                 GREGORY H. WOODS
                                             United States District Judge