```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    :
NADEHZDA BUSTILLOS, *et al.*,    :
    :
                        Plaintiffs,  :    1:25-cv-3556-GHW
    :
                -against-          :    <u>ORDER</u>
    :
GBOLAGADE BABALOLA, D.O., *et al.*,  :
    :
                      Defendants.  :
    :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated April 30, 2025, Dkt. No. 3, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 21, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's April 30, 2025 order forthwith and in any event no later than May 27, 2025 at 12:00 p.m.

    SO ORDERED.

Dated: May 22, 2025
New York, New York

                                                       GREGORY H. WOODS
                                             United States District Judge