

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/25
```

**MEMORANDUM ENDORSED**

**By ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bustillos, et al. v. Babalola, D.O., et al.,* No. 25 CV 3556 (GHW)

Dear Judge Woods:

This Office represents defendants Gbolagade Babalola, Nioly Bowrey, Kayley Spinella, and Cornerstone Family Healthcare (together, the "Federal Defendants"), deemed members of the Public Health Service who are improperly named in this tort action recently removed from New York State court pursuant to the Federal Tort Claims Act (the "FTCA").

In its Order dated June 18, 2025 (ECF Dkt. No. 11), the Court posed questions for the parties to address by joint letter. I write respectfully to request the Court's leave to submit this letter by July 10, 2025. The request is made because Plaintiff's counsel is on vacation until June 30 and the undersigned will be on vacation until July 7. Because Plaintiff's counsel is on vacation, I was unable to contact him to request consent to the granting of this relief.

We thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
   *Attorney for the Federal Defendants*

By:   /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov

Application granted. The Federal Defendants' request for leave to submit a letter that complies with the Court's June 18, 2025 order on or before July 10, 2025, Dkt. No. 13, is granted. The parties may submit a letter that complies with the Court's June 18, 2025 order on or before July 10, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: June 26, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

cc:   All Parties (by FedEx)