USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
NADEHZDA BUSTILLOS, *et al.*, :
:
                              Plaintiffs, :    1:25-cv-3556-GHW
:
                 -against- :    <u>ORDER</u>
:
GBOLAGADE BABALOLA, D.O., *et al.*, :
:
                             Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On June 18, 2025, Defendants Gbolagade Babalola, D.O., Nioly Bowrey, C.N.M., Kayley Spinella, P.A., and Cornerstone Family Healthcare (together, the "Federal Defendants") submitted, on behalf of themselves and Plaintiffs, a proposed Stipulation and Order of Dismissal that dismissed this action without prejudice. Dkt. No. 10 at 1. The Court has entered the Stipulation and Order. Accordingly, the Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: July 16, 2025
New York, New York

                                                                         _____
                                                                         GREGORY H. WOODS
                                                                  United States District Judge